Appeal No. 75-141. CATHERINE C. PIASCIK *v.* SHEPARD COMPANY. Case is assigned to the calendar for February 9, 1977, 9:30 a.m. for oral argument. The parties will be expected to argue as to the correctness of the direction of the verdict by the trial justice in light of *Cutroneo* v. *F. W. Woolworth Co.*, 112 R.I. 696, 315 A.2d 56 (1974) and *Ziegler* v. *Providence Biltmore Hotel Co.*, 59 R.I. 326, 195 A. 397 (1937). *Milton Bernstein,* for plaintiff. *Higgins & Slattery, John A. Baglini,* for defendant.

Appeal Nos. 75-197, 199. W.T. GRANT *et al. v.* ASSESSOR OF TAXES OF PROVIDENCE. W.T. GRANT *et al. v.* TAX ADMINISTRATOR FOR STATE OF RHODE ISLAND. Case is assigned to the calendar for February 8, 1977, 9:30 a.m. for oral argument. The plaintiffs will be expected to show cause why their prayer for injunctive relief in each case should not be summarily dismissed due to mootness in view of the fact that the tax assessments of 1975 which are sought to be enjoined have been made. *Hanson, Curran, Bowen & Parks, E. Howland Bowen,* for plaintiffs. *Louis A. Mascia,* City Solicitor, *Ronald H. Glantz,* Acting City Solicitor, *John Rotondi, Jr.,* Deputy City Solicitor, *DeSimone, Del Sesto & Del Sesto, Herbert F. DeSimone,* of counsel, *Bruce A. Leach, Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Taxation, for defendants.